■ Carlos Ramirez, Appellant, v BB and BB Management Corp. et al., Respondents, et al., Defendant. [982 NYS2d 310]—

Order, Supreme Court, Bronx County (Sharon A.M. Aarons, J.), entered November 29, 2012, which granted defendants BB and BB Management Corp., Gesher Realty Corp., and Felix Gomez's motion for summary judgment dismissing the complaint as against them, unanimously affirmed, without costs.

Plaintiff's failure to raise a triable issue of fact whether the assault on him was foreseeable, i.e. reasonably predictable, renders defendants' Worker's Compensation defense moot. Plaintiff's complaints regarding criminal elements in the neighborhood and the three police reports regarding an apartment robbery and two incidents of vandalism to cars parked outside the building were insufficient to show that the assault was reasonably predictable (see Maria T. v New York Holding Co. Assoc., 52 AD3d 356 [1st Dept 2008], lv denied 11 NY3d 708 [2008]; Ortiz v Wiis Realty Corp., 66 AD3d 429 [1st Dept 2009]). Moreover, while plaintiff testified that the front door lock had been broken, he could not say for how long, and there is no evidence that defendants were notified of the broken lock. Concur—Tom, J.P., Friedman, Manzanet-Daniels, Gische and Clark, JJ.

■ Ariel Roman, Appellant, v Tishman Construction Corporation of New York et al., Respondents, et al., Defendant. (And Third-Party Actions.) [982 NYS2d 310]—An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, Bronx County (Sharon A.M. Aarons, J.), entered on or about July 5, 2012, and said appeal having been withdrawn before argument by counsel for the respective parties; and upon the stipulation of the parties hereto dated February 25, 2014, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Tom, J.P., Friedman, Manzanet-Daniels, Gische and Clark, JJ.